

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0332-08

### HARDY DON CAPPS, Appellant

### v.

### THE STATE OF TEXAS

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE SECOND COURT OF APPEALS
### JACK COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of murder. The jury assessed his punishment at confinement for life, and a fine of $10,000. The Court of Appeals affirmed the conviction. *Capps v. State*, ___S.W.3d___ (Tex. App. — Fort Worth, No. 02-05-00175-CR, delivered December 6, 2007). Appellant's petition for discretionary review was dismissed as untimely filed on March 12, 2008. Appellant has filed a motion for

rehearing requesting reinstatement of his petition so that it will be considered by this Court.  Appellant's motion for rehearing is granted.  His petition filed on March 7, 2008, is reinstated as of April 30, 2008, and will be considered in accord with Tex.R.App.P. 68.

Delivered April 30, 2008
Do not publish